UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
2009 JAN 13 P 2: 20

CLERK

| | | |
|---|---|---|
| SHIRLEY WHITFIELD | * | CIVIL ACTION NO. 08-00602 |
| | * | |
| VERSUS | * | SECTION "JJB" |
| | * | |
| WAL-MART A/K/A | * | MAGISTRATE "DLD" |
| WAL-MART LOUISIANA, LLC | * | |

* * * * * * * * * * *

## JUDGMENT

Considering the stipulation of the parties and the foregoing Motion for Remand;

**IT IS ORDERED** that the captioned matter be and the same is remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 13th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE

-5-

19th JDC